**The below described is SIGNED.**

**Dated: August 26, 2010**  _____
_____
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



Jory L. Trease, #4929
JORY L. TREASE, ESQ., INC.
254 West 400 South, Suite 303
Salt Lake City, UT 84101
Telephone: (801) 596-9400
Facsimile: (801) 596-9401
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re:   Reyman Thomas Cozad,<br><br>                Debtor. | Case No.  09-26665<br>Chapter 13<br>Judge Joel T. Marker |

ORDER RE: OBJECTION TO CLAIM NO.02 FILED BY NAYLOR FARM

A hearing on the Debtor's Objection to Claim No.02 filed by Naylor Farm, LLC was scheduled for April 14, 2010 at 9:30 a.m. No timely responses having been filed and the Court being otherwise fully advised in the premises finds that, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1) That Claim No. 02 filed by Naylor Farm, LLC is allowed as a non-priority general unsecured claim, and further orders the Trustee to pay Claim No. 02 as such.

_____End of Document_____

## MAILING CERTIFICATE

I hereby certify that on the ____ day of _____, 2010, I mailed a true and correct copy of the foregoing Order to the following:

Jory L. Trease, Esq., Inc.
254 West 400 South, Suite 303
Salt Lake City, Utah 84101

Kevin Anderson    (Via Electronic Notification)
Chapter 13 Trustee

US Trustee (via Electronic Notification)

Reyman Thomas Cozad
420 West Cadbury Dr F301
South Jordan, UT 84095

Naylor Farm, LLC
c/o Coldwell Banker Commercial
PO Box 712139
Cottonwood, UT 84171

                                  _____
                                  Clerk
                                  U.S. Bankruptcy Court

# CERTIFICATE OF SERVICE

      Pursuant to Local Rule 9021 in the United States Bankruptcy Court for the District of Utah, I hereby certify that on the 26th day of August, 2010, I caused a copy of the foregoing proposed ORDER RE: OBJECTION TO CLAIM NO.02 FILED BY NAYLOR FARM, LLC to be mailed, postage prepaid, to the following, or otherwise served upon:

Kevin Anderson     (Via Electronic Notification)
Chapter 13 Trustee

US Trustee (via Electronic Notification)

Reyman Thomas Cozad
420 West Cadbury Dr F301
South Jordan, UT 84095

Naylor Farm, LLC
c/o Coldwell Banker Commercial
PO Box 712139
Cottonwood, UT 84171

                                                   /s/ Tyler Montrone